AO 442 (Rev. 11/11) Arrest Warrant

FIO: 11218053

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>JOSHUA PRUITT<br><br>Defendant | )<br>) Case: 1:21-MJ-00009<br>) Assigned to: Judge G. Michael Harvey<br>) Assigned Date: 1/7/2021<br>) Description: COMPLAINT W/ ARREST WARRANT<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* JOSHUA PRUITT,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752 (a)(1)- Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority

Date: 01/07/2021

G. Michael Harvey
2021.01.07 14:51:27
-05'00'

*Issuing officer's signature*

City and state: Washington, DC

G. MICHAEL HARVEY, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 1/7/2021, and the person was arrested on *(date)* 1/7/2021
at *(city and state)* Washington DC. Received

Date: 1/7/2021

*Arresting officer's signature*

Christopher Schussler, DUSM
*Printed name and title*