**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CASE NO. 21-cr-23 (TJK)** |
| **v.** : | |
| : | |
| **JOSHUA PRUITT,** : | |
| : | |
| **Defendant.** : | |

**UNOPPOSED MOTION TO CONTINUE STATUS HEARING**

A status hearing in the above-captioned case is currently scheduled for October 21, 2021. The government and the defense are continuing to work diligently to discuss pre-trial disposition options and we require additional time to facilitate these efforts. Further, the government is continuing to provide discovery to the defense for review. Accordingly, we are requesting this status hearing be continued to a later date.

The government has consulted with counsel for the defendant, as well as with the Court's Courtroom Deputy, and have selected January 7, 2022 at 2:00 p.m. as a date and time that might be amenable to the Court's schedule. Counsel for the defendant does not oppose this motion and further consents to the exclusion of the Speedy Trial Act for the reasons stated herein.

    Respectfully submitted,

    CHANNING PHILLIPS
    Acting United States Attorney
    D.C. Bar No. 415793

By:    */s/Christopher A. Berridge*
    Christopher A. Berridge
    GA Bar No. 829103
    Assistant United States Attorney
    555 Fourth Street, N.W.
    Washington, D.C. 20530
    Christopher.Berridge@usdoj.gov