UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on January 8, 2021

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 21-CR-23 (TJK) |
| | : |
| v. | : VIOLATIONS: |
| | : 18 U.S.C. § 231(a)(3) |
| JOSHUA PRUITT, | : (Civil Disorder) |
| | : 18 U.S.C. § 1512(c)(2) |
| Defendant. | : (Obstruction of an Official Proceeding) |
| | : 18 U.S.C. § 2 |
| | : (Aiding and Abetting) |
| | : 18 U.S.C. § 1361 |
| | : (Destruction of Government Property) |
| | : 18 U.S.C. § 1752(a)(1) |
| | : (Entering and Remaining in a Restricted |
| | : Building or Grounds) |
| | : 18 U.S.C. § 1752(a)(2) |
| | : (Disorderly and Disruptive Conduct in a |
| | : Restricted Building or Grounds) |
| | : 40 U.S.C. § 5104(e)(2)(D) |
| | : (Disorderly Conduct in |
| | : a Capitol Building) |
| | : 40 U.S.C. § 5104(e)(2)(F) |
| | : (Act of Physical Violence in the Capitol |
| | : Grounds or Buildings) |
| | : |
| | : |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about January 6, 2021, within the District of Columbia, **JOSHUA PRUITT** committed and attempted to commit an act to obstruct, impede, and interfere with a law enforcement officer engaged in the lawful performance of his/her official duties incident to and during the commission of a civil disorder which in any way and degree obstructed, delayed, and

adversely affected commerce and the movement of any article and commodity in commerce and the conduct and performance of any federally protected function.

**(Civil Disorder and Aiding and Abetting**, in violation of Title 18, United States Code, Section 231(a)(3) and 2)

## COUNT TWO

On or about January 6, 2021, within the District of Columbia and elsewhere, **JOSHUA PRUITT**, attempted to, and did, corruptly obstruct, influence, and impede an official proceeding, that is, a proceeding before Congress, specifically, Congress's certification of the Electoral College vote as set out in the Twelfth Amendment of the Constitution of the United States and 3 U.S.C. §§ 15-18.

**(Obstruction of an Official Proceeding and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 1512(c)(2) and 2)

## COUNT THREE

On or about January 6, 2021, within the District of Columbia, **JOSHUA PRUITT**, did attempt to willfully injure and commit depredation against property of the United States, and of any department and agency thereof, and any property which has been and is being manufactured and constructed for the United States, and any department or agency thereof, that is a wooden sign, causing damage in an amount less than $1,000.

**(Destruction of Government Property**, in violation of Title 18, United States Code, Section 1361)

## COUNT FOUR

On or about January 6, 2021, in the District of Columbia, **JOSHUA PRUITT**, did unlawfully and knowingly enter and remain in a restricted building and grounds, that is, any posted, cordoned-off, or otherwise restricted area within the United States Capitol and its grounds, where

the Vice President was temporarily visiting, without lawful authority to do so.

**(Entering and Remaining in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(1))

## COUNT FIVE

On or about January 6, 2021, in the District of Columbia, **JOSHUA PRUITT**, did knowingly, and with intent to impede and disrupt the orderly conduct of Government business and official functions, engage in disorderly and disruptive conduct in and within such proximity to, a restricted building and grounds, that is, any posted, cordoned-off, or otherwise restricted area within the United States Capitol and its grounds, where the Vice President was temporarily visiting, when and so that such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions.

**(Disorderly and Disruptive Conduct in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(2))

## COUNT SIX

On or about January 6, 2021, in the District of Columbia, **JOSHUA PRUITT**, did knowingly, engage in any act of physical violence against any person and property in a restricted building and grounds, that is, any posted, cordoned-off, or otherwise restricted area within the United States Capitol and its grounds, where the Vice President was temporarily visiting.

**(Engaging in Physical Violence in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(4))

## COUNT SEVEN

On or about January 6, 2021, in the District of Columbia, **JOSHUA PRUITT**, willfully and knowingly engaged in disorderly and disruptive conduct in any of the Capitol Buildings with the intent to impede, disrupt, and disturb the orderly conduct of a session of Congress and either House of Congress, and the orderly conduct in that building of a hearing before or any deliberation of, a committee of Congress or either House of Congress.

(**Disorderly Conduct in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(D))

## COUNT EIGHT

On or about January 6, 2021, in the District of Columbia, **JOSHUA PRUITT**, willfully and knowingly engaged in an act of physical violence within the United States Capitol Grounds and any of the Capitol Buildings.

(**Act of Physical Violence in the Capitol Grounds or Buildings**, in violation of Title 40, United States Code, Section 5104(e)(2)(F))

A TRUE BILL:

FOREPERSON.

*[Signature: Matthew M. Graves]*
Attorney of the United States in
and for the District of Columbia.