# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

   -v-                                Case No. 1:21-cr-000023 (TJK)

JOSHUA PRUITT,
        Defendant.

## MOTION TO CONTINUE STATUS HEARING

Comes now the defendant, JOSHUA PRUITT, by and through counsel and moves this Honorable Court to continue the status hearing set for January 7, 2022, at 2:00pm. In support of which counsel states the following:

1. This matter is set for a status hearing on January 7, 2022, at 2:00pm.

2. Prior to the setting of the aforementioned status hearing date undersigned counsel was set to travel out of the area via airplane.

3. Due to adverse weather conditions counsel's scheduled flight has been delayed. The scheduled departure time is 1:49pm. This presents a conflict with the currently scheduled start time of the status hearing.

4. Upon information and belief, counsel for the government does not object to the granting of this request.

5. The parties can be available on January 13, 2022 at 3:00pm.

I ASK FOR THIS

JOSHUA PRUITT
By Counsel


_____/s/_____
Robert L. Jenkins, Jr., Esq.

1

Bynum & Jenkins Law
U.S. District Court Bar No.:  CO0003
1010 Cameron Street
Alexandria, Virginia  22314
(703) 309 0899 Telephone
(703) 229 8652 Fax
RJenkins@BynumAndJenkinsLaw.com
Counsel for Defendant JOSHUA PRUITT

### Certificate of Service

  I hereby certify that I caused a true and accurate copy of the foregoing to be served on all counsel of record via ECF on this January 7, 2022.


_____/s/_____
Robert L. Jenkins, Jr., Esq.
Bynum & Jenkins Law
U.S. District Court Bar No.:  CO0003
1010 Cameron Street
Alexandria, Virginia  22314
(703) 309 0899 Telephone
(703) 229 8652 Fax
RJenkins@BynumAndJenkinsLaw.com
Counsel for Defendant JOSHUA PRUITT