## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

   -v-                          Case No. 1:21-cr-000023 (TJK)

JOSHUA PRUITT,
        Defendant.

### **ORDER**

This matter came on a request to continue the January 7, 2022 status hearing by the defendant. For good cause the motion is hereby GRANTED. The matter is continued to _____.

_____

U.S. District Court Judge                        Entered:   _____