UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES,<br><br>      *Plaintiff*,<br><br>v.<br><br>JOSHUA PRUITT,<br><br>      *Defendant*. | Criminal Action No. 21-23 (TJK) |

## ORDER

For the reasons provided on the record at the revocation hearing held today, January 13, 2022, and based on consideration of the Pretrial Violation Reports filed by Pretrial Services, *see* ECF Nos. 32 & 35, the evidence and the record in this case, the arguments of the parties, and the standards set forth in 18 U.S.C. § 3148, the Court finds: (1) by clear and convincing evidence, that the Defendant violated the conditions of his release, in particular, his curfew, on or about November 25, 2021, December 11, 12, 18, 21, and 24, 2021, and January 2, 2022, as alleged in the above Pretrial Violation Reports; and (2) by a preponderance of the evidence, that Defendant is unlikely to abide by any condition or combination of conditions of release. *See* 18 U.S.C. §§ 3148(b)(1)(B), (b)(2)(B).

Thus, it is hereby **ORDERED** that the Government's Motion to Revoke, ECF No. 33, is **GRANTED**, and Defendant shall be remanded to the custody of the Attorney General or the Attorney General's designated representative pending trial.

It is **FURTHER ORDERED** that, by January 18, 2022, at 2:00 p.m., Defendant shall self-surrender to the U.S. Marshals Service in the Middle District of Tennessee, located at the Estes Kefauver Federal Building, 110 9th Avenue South, Suite A-750, Nashville, TN 37203.

2

It is **FURTHER ORDERED** that Defendant's current conditions of release shall remain in effect until Defendant self-surrenders, with the following modification: Defendant may not be absent from his residence later than 9:00 p.m. for employment purposes, and Pretrial Services may not give Defendant permission to be so absent. *See* Minute Order of April 10, 2021. It is **FURTHER ORDERED** that, consistent with his current conditions of release, Defendant shall keep his GPS device charged until he self-surrenders. *See* ECF No. 11 at 2.

    **SO ORDERED.**

/s/ Timothy J. Kelly<br>
TIMOTHY J. KELLY<br>
United States District Judge

Date: January 13, 2022