# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES,<br><br>    *Plaintiff*,<br><br>v.<br><br>JOSHUA PRUITT,<br><br>    *Defendant*. | Criminal Action No. 21-23 (TJK) |

## **ORDER**

It is hereby **ORDERED** that, as soon as Defendant self-surrenders pursuant to the Court's Order of January 13, 2022, *see* ECF No. 37, the United States Marshals Service shall transport Defendant forthwith from the Middle District of Tennessee to the District of Columbia for pretrial detention in this matter.

**SO ORDERED.**

                                            /s/ Timothy J. Kelly
                                            TIMOTHY J. KELLY
                                            United States District Judge

Date: January 14, 2022