**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal Action No. 21-23 (TJK) |
| JOSHUA PRUITT, | |
| *Defendant*. | |

## <u>SCHEDULING ORDER</u>

The parties appeared before the Court on February 4, 2022, for a status conference in this matter.  As discussed at that conference, it is hereby **ORDERED** that:

1.   The United States shall notify the Defendants of its intention to introduce any 404(b) evidence by April 1, 2022;

2.   The parties shall file any pretrial motions, including motions to suppress and motions *in limine*, by April 29, 2022; oppositions to the motions shall be filed by May 27, 2022; and replies shall be filed by June 10, 2022;

3.   The parties shall file on the docket and submit to chambers in Microsoft Word format at Kelly_Chambers@dcd.uscourts.gov a Joint Pretrial Statement, which shall include the information set forth in Attachment A to this Order, by June 17, 2022;

4.   The parties shall appear for a motions hearing and pretrial conference on July 1, 2022, at 10:00 a.m. in Courtroom 11;[1] and

---

[1] The Court, upon reconsideration of the Court's and Government counsel's availability, may adjust the scheduling of the motions hearing and pretrial conference after further consultation with the parties.

5.   Jury selection and trial shall commence on July 18, 2022, at 9:00 a.m. in the Ceremonial Courtroom.

**SO ORDERED.**

/s/ Timothy J. Kelly
TIMOTHY J. KELLY
United States District Judge

Date: February 8, 2022

<u>Attachment A</u>

The Joint Pretrial Statement shall include the following:

    a.   <u>A one-paragraph joint statement</u> of the case for the Court to read to prospective jurors;

    b.   <u>Proposed *voir dire* questions</u> that include:
        i.   The *voir dire* questions on which the parties agree; and
       ii.   The *voir dire* questions in which the parties disagree, with specific objections noted below each disputed question and supporting legal authority (if any);

    c.   <u>Proposed jury instructions</u>, which are formatted so that each instruction begins on a new page, and indicate:
        i.   The instructions to which the parties agree;
       ii.   The instructions to which the parties disagree, with specific objections noted below each disputed instruction and supporting legal authority (if any); and
      iii.   The proposed instruction's source (e.g., the Red Book, Matthew Bender's Federal Jury Instructions), or, for modified or new instructions, its supporting legal authority;

    d.   <u>A list of expert witnesses</u>, accompanied by a brief description of each witness's area of expertise and expected testimony, followed by specific objections (if any) to each witness;

    e.   <u>A list of prior convictions</u> that the government intends to use for impeachment or any other purpose, followed by specific objections (if any) to that use;

    f.   <u>A list of exhibits</u> that the government intends to offer during trial, with a brief description of each exhibit;

    g.   <u>Any stipulations</u> executed or anticipated to be executed;

    h.   <u>A list of lesser included offenses</u> for which any party may seek a jury instruction; and

    i.   <u>A proposed verdict form</u> that includes a date and signature line for the jury foreperson, as well as proposed special interrogatories (if any).