UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21-CR-23 (TJK) |
| : | |
| JOSHUA PRUITT, : | |
| : | |
| : | |
| Defendant. : | |

## GOVERNMENT'S NOTICE OF CORRESPONDENCE PURSUANT TO FEDERAL RULE OF EVIDENCE 404(B)

On February 8, 2022, the Court entered a scheduling order in this cast that, among other things, directed the government to "notify the Defendant[] of its intention to introduce any 404(b) evidence by April 1, 2022." ECF No. 39. The government hereby notifies the Court that earlier today, it provided written notice to counsel for defendant via email, pursuant to Fed. R. Evid. 404(b), of other crimes, wrongs, or acts that that the government may seek to introduce at trial.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By: /s/ Alexis J. Loeb
ALEXIS J. LOEB
CA Bar No. 269895
Assistant United States Attorney
Detailee
450 Golden Gate Ave., 11th Floor
San Francisco, CA 94102
(415) 436-7200
Alexis.Loeb@usdoj.gov