## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No. 21-cr-23 (TJK)** |
| | : | |
| **JOSHUA PRUITT,** | : | |
| | : | |
| **Defendant.** | : | |

### NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that the government will also be represented in the above-captioned matter by Assistant United States Attorney Jason McCullough.

    Respectfully submitted,

    Matthew M. Graves
    United States Attorney
    D.C. Bar No. 481052

    /s/ *Jason McCullough*
    JASON B.A. MCCULLOUGH
    D.C. Bar No. 998006; NY Bar No. 4544953
    Assistant United States Attorney
    601 D Street, NW
    Washington, D.C. 20579
    202 252-7233 // Jason.McCullough2@usdoj.gov