IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

        v.                    Case No.: 1:21-cr-00023-TJK

JOSHUA PRUITT,

**MOTION FOR LEAVE TO FILE OUT OF TIME**

Comes now, counsel for the defendant JOSHUA PRUITT, and moves this Honorable Court for leave to file his pre-trial motions out of time. In support of which counsel for the defendant states the following:

1. This matter is set for a jury trial to commence on July 18, 2022.

2. By order of this Honorable Court the parties were directed to file any pretrial motions on or before April 29, 2022.

3. On May 2, 2022, undersigned counsel filed pretrial motions on behalf of the defendant.

4. The filing of the defendant's pretrial motions were done 1 business day outside of the time set by this Honorable Court.

5. The government has not sustained any prejudice by the defendant's failure to comply with the Court's filing deadline.

6. The failure to comply with the Court's deadline was not willful.

Wherefore, the defendant respectfully requests that this Honorable Court enter an order permitting him leave to file his pretrial motions out of time.

I ASK FOR THIS:

_____
Robert L. Jenkins, Jr., Esq.

1

Bynum & Jenkins Law
U.S. District Court Bar No.:  CO0003
1010 Cameron Street
Alexandria, Virginia 22314
(703) 309 0899 Telephone
(703) 229-8652 Fax
RJenkins@BynumAndJenkinsLaw.com

**CERTIFICATE OF SERVICE**

  I hereby certify that I caused a true and accurate copy of the foregoing to be served via ECF to all counsel of record on May 2, 2022.

_____
Robert L. Jenkins, Jr., Esq.
Bynum & Jenkins Law
U.S. District Court Bar No.:  CO0003
1010 Cameron Street
Alexandria, Virginia 22314
(703) 309 0899 Telephone
(703) 229-8652 Fax
RJenkins@BynumAndJenkinsLaw.com