IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

        v.                              Case No.:  1:21-cr-00023-TJK

JOSHUA PRUITT,

## **MOTION FOR AUTHORIZATION TO SUBMIT INTERIM VOUCHERS**

COMES NOW, the Defendant, JOSHUA PRUITT, by and through counsel and files this request that this Honorable Court enter an order permitting his court-appointed counsel to submit interim vouchers.  In support of which, counsel states the following:

1. On January 7, 2021, undersigned counsel was appointed pursuant to the Criminal Justice Act to represent the defendant in this matter.

2. The offenses for which the defendant is charged are related to events occurring at the United States Capitol on January 6, 2021.  In addition to the above-captioned defendant, counsel was appointed by this Honorable Court to represent five other individuals similarly charged in connection with events occurring on January 6, 2021.

3. At the time of this writing counsel has represented this defendant for more than 17 months.

4. During the time of counsel's representation he has not received any compensation in connection with this representation or the other five January 6 defendants he represents.

5. As of May 17, 2022, counsel has performed 193 hours of work in connection with this representation.

6. Counsel is a principal in a small law firm which is dependent on fees generated by the undersigned in order to maintain its operations.

7. It is anticipated that this matter is likely to continue for several additional months prior to conclusion.

8. Continued representation without the ability to submit interim vouchers represents a significant hardship to counsel and his law firm.

9. An order permitting counsel to submit interim vouchers would not prejudice the government.

I ASK FOR THIS

JOSHUA PRUITT
By Counsel


_____/s/_____
Robert L. Jenkins, Jr., Esq.
Bynum & Jenkins Law
U.S. District Court Bar No.:  CO0003
1010 Cameron Street
Alexandria, Virginia  22314
(703) 309 0899 Telephone
(703) 549 7701 Fax
RJenkins@BynumAndJenkinsLaw.com
Counsel for Defendant JOSHUA PRUITT

## Certificate of Service

I hereby certify that I caused a true and accurate copy of the foregoing to be served on all counsel of record via ECF on this May 20, 2022.


_____/s/_____
Robert L. Jenkins, Jr., Esq.
Bynum & Jenkins Law
U.S. District Court Bar No.:  CO0003
1010 Cameron Street
Alexandria, Virginia  22314

(703) 309 0899 Telephone
(703) 549 7701 Fax
RJenkins@BynumAndJenkinsLaw.com
Counsel for Defendant JOSHUA PRUITT