UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21-CR-23 (TJK) |
| : | |
| JOSHUA PRUITT, : | |
| : | |
| : | |
| Defendant. : | |

## JOINT MOTION TO CONTINUE CERTAIN PRETRIAL DEADLINES

The parties respectfully request a one-week continuance of two upcoming pretrial deadlines: the deadline for oppositions to pretrial motions, currently set for May 27, 2022, and the deadline for reply briefs in support of the pretrial motions, currently set for June 10, 2022. The parties propose new deadlines of June 3, 2022, (for oppositions) and June 17, 2022, (for replies). A proposed order follows.

                                                  Respectfully submitted,

                                                  MATTHEW M. GRAVES
                                                  United States Attorney
                                                  DC Bar No. 481052

By:     /s/ Alexis J. Loeb
           ALEXIS J. LOEB
           Assistant United States Attorney
           Detailee
           CA Bar No. 269895
           450 Golden Gate Ave., 11th Floor
           San Francisco, CA 94102
           (415) 436-7200
           Alexis.Loeb@usdoj.gov

           JASON B.A. MCCULLOUGH
           Assistant United States Attorney
           D.C. Bar No. 998006; NY Bar No. 4544953
           U.S. Attorney's Office for the District of
           Columbia

601 D Street, NW
Washington, D.C. 20579
202 252-7233
Jason.McCullough2@usdoj.gov

/s/ *Robert L. Jenkins*
ROBERT L. JENKINS
Bynum & Jenkins Law
D.C. Bar No. CO0003
1010 Cameron Street
Alexandria, VA 22314
703-309-0899
rjenkins@bynumandjenkinslaw.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 21-CR-23 (TJK) |
| : | |
| **JOSHUA PRUITT,** : | |
| : | |
| **Defendant.** : | |

## ORDER

This matter having come before the Court pursuant to the parties' Joint Motion to Continue Certain Pretrial Deadlines, it is hereby:

**ORDERED** that the Motion is **GRANTED.** The deadline for oppositions to pretrial motions is continued from May 27, 2022 to June 3, 2022. The deadline for any replies is continued from June 10, 2022 to June 17, 2022.

_____
THE HONORABLE TIMOTHY J. KELLY
UNITED STATES DISTRICT JUDGE