UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21-cr-23 (TJK) |
| : | |
| JOSHUA PRUITT, : | |
| : | |
| : | |
| Defendant. : | |

## JOINT STATUS REPORT REGARDING RAPPAHANNOCK REGIONAL JAIL

The parties respectfully submit this joint status report in response to the Court's May 18, 2022 Minute Order, which directed the parties to address whether defendant's recent transfer to Rappahannock Regional Jail resolves concerns about his ability to review discovery and otherwise prepare for trial. The parties have conferred and believe that it does. Rappahannock Regional Jail is approximately 40 miles from defense counsel's office, half the distance of Central Virginia Regional Jail, where defendant was previously being held.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:   /s/ Alexis J. Loeb
ALEXIS J. LOEB
CA Bar No. 269895
Assistant United States Attorney
Detailee
450 Golden Gate Ave., 11th Floor
San Francisco, CA 94102
(415) 436-7200
Alexis.Loeb@usdoj.gov

JASON B.A. MCCULLOUGH
Assistant United States Attorney
D.C. Bar No. 998006; NY Bar No. 4544953
U.S. Attorney's Office for the District of Columbia
601 D Street, NW
Washington, D.C. 20579
202 252-7233
Jason.McCullough2@usdoj.gov

*/s/ Robert L. Jenkins*
ROBERT L. JENKINS
Bynum & Jenkins Law
D.C. Bar No. CO0003
1010 Cameron Street
Alexandria, VA 22314
703-309-0899
rjenkins@bynumandjenkinslaw.com