# EXHIBIT 1: VIDEO PROVIDED VIA USAFX