**VICTIM IMPACT STATEMENT**
Special Agent M.L., U.S. Capitol Police

  Your honor, I appreciate the opportunity to provide a statement for the record regarding the Pruitt case. During my entire career, I would have never expected to be placed in such a perilous situation as I was that day. I have sworn an oath to protect the constitution, my fellow colleagues, citizens of this country and in this case, a high-ranking government official. I swore an oath to ensure this democracy continues regardless of our personal opinions on the matter at hand. On January 6th, my colleagues and I upheld our oath that day for the good of our country. On that day, the heroism, bravery, and resolve of my colleagues held our democracy together as it was on the brink of peril. Mr. Pruitt and his cohorts had no regard for our country, the rule of law, the men and women in uniform, nor other public servants who engage in legislative process each day for the betterment of our democracy.

  Every day I enter the beacon of our country, the U.S. Capitol, I relive the memories of that day, and none are as impactful as the moments I saw Mr. Pruitt approaching us with the intent to inflict harm to the Majority Leader of the United States Senate. It was only due to our teams preplanning of alternate evacuations procedures and quick actions that this impending meeting did not result in blood shed or serious bodily injury to either himself or his conspirator, my fellow teammates, or the Majority Leader of the Senate.

  As a law enforcement officer, I understand the sacrifice that I may have to pay for upholding my oath and I have come to peace with that years ago. At no point though, would I have ever thought that such a tragedy would come at the hands of fellow Americans. The enormity of this incident and the potential perils of it were highlighted to the world during the impeachment trial, but the lasting impact it has had on my loved ones is daily. I chose this profession, they did not. My wife and daughter understand that their husband and father could have died that day, like some of my colleagues. They will never rest easy whenever I go to work again. One of the hardest moments of my life was returning home and seeing my wife at 2:30am weeping in despair and relief knowing that I made it home. No one should ever endure that, no one should ever wake up not knowing if a loved one will come home. My family will never be the same again and it is my hope that Mr. Pruitt receives the maximum sentence to ensure he has the most amount of time to think about the irreputable harm he has placed on my family and this country.